UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>ECF Case<br><br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>THE CITY OF PHILADELPHIA,<br>Plaintiff,<br>v.<br>BARCLAYS BANK PLC, *et al.*,<br>Defendants. | No. 15-cv-7972-NRB |
| THE CITY OF PHILADELPHIA,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, *et al.*,<br>Defendants. | No. 15-cv-8557-NRB |
| PRUDENTIAL INVESTMENT PORTFOLIOS 2,<br>Plaintiff,<br>v.<br>BARCLAYS BANK PLC, *et al.*,<br>Defendants. | No. 15-cv-7031-NRB |
| PRUDENTIAL INVESTMENT PORTFOLIOS 2,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, *et al.*,<br>Defendants. | No. 15-cv-7975-NRB |

**DECLARATION OF JACOB J. WALDMAN REGARDING
SERVICE OF PROCESS IN THE ABOVE-CAPTIONED ACTIONS**

Jacob J. Waldman hereby declares, under penalty of perjury:

1. I am an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Prudential Investment Portfolios 2, The City of Philadelphia, and the Pennsylvania Intergovernmental Cooperation Authority, plaintiffs in the above-captioned actions (the

"Actions"). I make this declaration to inform the Court concerning service of process in the Actions.

2. Specifically, counsel for the following Defendants in *The City of Philadelphia v. Barclays Bank PLC*, 15-cv-7972-NRB, agreed to accept and/or waive service of process on behalf of their clients, upon certain conditions agreed to by the parties:

| DEFENDANT | DATE OF ACCEPTANCE |
|---|---|
| Barclays Bank PLC | November 9, 2015 |
| Citibank, N.A. | October 20, 2015 |
| Credit Suisse Group AG | December 3, 2015 |
| Deutsche Bank AG | November 11, 2015 |
| JPMorgan Chase & Co. | October 23, 2015 |
| JPMorgan Chase Bank, N.A. | October 23, 2015 |
| Royal Bank of Canada | November 5, 2015 |
| Royal Bank of Scotland PLC | October 16, 2015 |

3. Counsel for the following Defendants in *Prudential Investment Portfolios 2 v. Barclays Bank PLC*, 15-cv-7031-NRB, agreed to accept and/or waive service of process on behalf of their clients, upon certain conditions agreed to by the parties:

| DEFENDANT | DATE OF ACCEPTANCE |
|---|---|
| Barclays Bank PLC | November 9, 2015 |
| Barclays Capital Inc. | December 3, 2015 |
| Barclays PLC | December 3, 2015 |
| Citibank, N.A. | September 10, 2015 |
| Citigroup Funding Inc. | September 10, 2015 |
| Credit Suisse AG | December 3, 2015 |
| Credit Suisse Group AG | December 3, 2015 |
| Credit Suisse (USA) Inc. | December 3, 2015 |
| Deutsche Bank AG | September 17, 2015 |
| HSBC Bank PLC | September 15, 2015 |
| HSBC Holdings PLC | September 15, 2015 |
| JPMorgan Chase & Co. | October 23, 2015 |
| JPMorgan Chase Bank, N.A. | October 23, 2015 |
| Royal Bank of Canada | September 24, 2015 |
| Royal Bank of Scotland PLC | September 29, 2015 |

4.	Counsel for Defendants Bank of America Corporation and Bank of America, N.A. in *Prudential Investment Portfolios 2 v. Bank of America Corporation*, 15-cv-7975-NRB, and *City of Philadelphia v. Bank of America Corporation*, 15-cv-8557-NRB, both of which were filed originally in the Western District of North Carolina, transferred to the Southern District of New York, and accepted as related by this Court, agreed to accept service of process on behalf of their clients in September and October 2015, respectively.

5.	Counsel for UBS AG, defendant in *The City of Philadelphia v. Barclays Bank PLC*, 15-cv-7972-NRB, has not agreed, as of the date hereof, to accept service on behalf of their client, and so UBS AG was served by hand on December 4, 2015.  A true and correct copy of the Affidavit of Service is attached hereto as Exhibit A.

Dated: January 31, 2016
         New York, New York

                                                          */s/* Jacob J. Waldman
                                                          Jacob J. Waldman

3